No. 853. NORTH WHITTIER HEIGHTS CITRUS ASSN, *v.* NATIONAL LABOR RELATIONS BOARD. May 20, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Ivan G. McDaniel* for petitioner. *Solicitor General Biddle* and *Messrs. Warner W. Gardner, Charles Fahy, Robert B. Watts, Laurence A. Knapp,* and *Mortimer B. Wolf;* and

*Ruth Weyand* for respondent.